IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Readus, Derrick M | Case Number: 07 B 21141 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/19/08 | Filed: 11/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 8, 2008
Confirmed: February 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 774.89 | |
| Secured: | | 375.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 358.04 |
| Trustee Fee: | | 41.85 |
| Other Funds: | | 0.00 |
| Totals: | 774.89 | 774.89 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 358.04 |
| 2. | Economy Interiors | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 9,321.45 | 375.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 91.29 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 10.06 | 0.00 |
| 6. | Triad Financial Services | Unsecured | 1,467.21 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 7.51 | 0.00 |
| 8. | First American Cash Advance | Unsecured | 32.46 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 1,736.68 | 0.00 |
| 10. | 77th St Depot Federal Credit Union | Unsecured | 647.84 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 834.04 | 0.00 |
| 12. | Emergency Healthcare Physicians | Unsecured | 16.33 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 60.78 | 0.00 |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Advocate Health Care | Unsecured | | No Claim Filed |
| 16. | AR Resources | Unsecured | | No Claim Filed |
| 17. | Chase Receivables | Unsecured | | No Claim Filed |
| 18. | Collection Company Of America | Unsecured | | No Claim Filed |
| 19. | Credit Collection | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Global Payments | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Readus, Derrick M

Printed: 8/19/08

Case Number: 07 B 21141
Judge: Goldgar, A. Benjamin
Filed: 11/12/07

| | | | | |
|---|---|---|---|---|
| 26. | Collection Company Of America | Unsecured | | No Claim Filed |
| 27. | US Cellular | Unsecured | | No Claim Filed |

$ 17,718.65         $ 733.04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 41.85 |

$ 41.85

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____